**Electronically Filed**
**Supreme Court**
**SCWC-19-0000668**
**10-JUN-2024**
**10:38 AM**
**Dkt. 37 OGAC**

SCWC-19-0000668

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROWENA AKANA,
Petitioner/Respondent-Appellant-Appellant,

vs.

HAWAI'I STATE ETHICS COMMISSION,
Respondent/Complainant-Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000668; CIV. NO. 1CC191000379)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Rowena Akana's Application for Writ of Certiorari, filed on April 16, 2024, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 10, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

